LAW OFFICES OF CHRIS COSCA
CHRIS COSCA (SBN 144546)
1007 7th Street, Suite 210
Sacramento, CA 95814
(916) 440-1010

Attorney for Defendant
MARCUS LAW

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARCUS LAW,<br><br>Defendant. | No. 2:12-CR-0080 TLN<br><br>STIPULATION AND ORDER TO ALLOW TEMPORARY RELEASE OF DEFENDAT MARCUS LAW |

## Stipulation

The parties, through their undersigned counsel, and with the consent of Pretrial Services, stipulate that the Court should allow the temporary release of Defendant Marcus Law so he may attend a funeral of a close family member. The United States Marshal has reviewed this stipulation and has no objection.

On September 13, 2013, Mr. Law's 17 year-old nephew, Lydell Benjamin, was killed in an automobile accident. His funeral is set for September 28, 2013. This is a very difficult time for Mr. Law and the rest of his family. The family could benefit immensely from the presence and emotional support of Mr. Law before, during and after the funeral.

The funeral will take place at 10:00 a.m. in Richmond, California (Bethel Temple Pentecostal Church, 3429 Cutting Boulevard), followed by the burial and reception. Defense counsel's investigator, Victoria Corona, will take custody of Mr. Law, escort him to the services and return him to the custody of the Sacramento County Jail after the services.

The parties stipulate that the Court should order the temporary release of Defendant

1

Marcus Law to enable him to attend this funeral. The parties stipulate that the Court should impose the following conditions of release:

1. That Mr. Law be released from the Sacramento County Jail on Saturday, September 28, 2013 at or before 8:00 a.m. to the temporary custody of investigator Victoria Corona, who has agreed to act as a third party custodian;
2. That upon release, Mr. Law shall remain with the third party custodian while attending Lydell Benjamin's funeral services in Richmond, California;
3. That Mr. Law shall return to the Sacramento County Jail by 5:00 p.m. on September 28, 2013.

The undersigned Assistant U.S. Attorney has authorized Chris Cosca to sign this stipulation.

DATED:  September 19, 2013            by:     /s/ Chris Cosca
                                              CHRIS COSCA
                                              Attorney for Defendant
                                              MARCUS LAW

DATED:  September 19, 2013            by:     /s/ Jill Thomas
                                              JILL THOMAS
                                              Assistant U. S. Attorney

**ORDER**

**IT IS ORDERED:**

1. That Mr. Law be released from the Sacramento County Jail on Saturday, September 28, 2013, at or before 8:00 a.m., to the temporary custody of investigator Victoria Corona, who has agreed to act as a third party custodian;
2. That upon release, Mr. Law shall remain with the third party custodian while attending Lydell Benjamin's funeral services in Richmond, California;
3. That Mr. Law shall return to the Sacramento County Jail by 5:00 p.m. on September 28, 2013.

Dated: September 19, 2013

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE