LAW OFFICES OF CHRIS COSCA
CHRIS COSCA (SBN 144546)
1007 7th Street, Suite 210
Sacramento, CA 95814
(916) 440-1010

Attorney for Defendant
MARCUS LAW

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:12-CR-0080 TLN |
| Plaintiff, | STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCE |
| vs. | |
| MARCUS LAW, | |
| Defendant. | |

### Stipulation

The parties, through their undersigned counsel, stipulate that the sentencing hearing currently scheduled for October 22, 2015, may be continued to November 19, 2015, at 9:30 a.m.

A continuance is necessary because, while Mr. Law's case has been resolved by way of a guilty plea, other defendants have not reached a resolution and information pertaining to the case against those defendants may be helpful to the Court in fashioning a sentence for Mr. Law.

**IT IS SO STIPULATED.**

DATED: October 19, 2015      by:      /s/ Chris Cosca
                                      CHRIS COSCA
                                      Attorney for Defendant
                                      MARCUS LAW

DATED: October 19, 2015      by:      /s/ Chris Cosca for
                                      Heiko Coppola
                                      Assistant U. S. Attorney

**ORDER**

**IT IS SO ORDERED:**

DATED: October 19, 2015

Troy L. Nunley
United States District Judge