LAW OFFICES OF CHRIS COSCA
CHRIS COSCA (SBN 144546)
1007 7th Street, Suite 210
Sacramento, CA 95814
(916) 440-1010

Attorney for Defendant
MARCUS LAW

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:12-CR-0080 TLN |
| Plaintiff, | STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCE |
| vs. | |
| MARCUS LAW, | |
| Defendant. | |

### Stipulation

The parties, through their undersigned counsel, stipulate that the sentencing hearing currently scheduled for August 4, 2016, may be continued to September 1, 2016, at 9:30 a.m.

A continuance is necessary because, while Mr. Law's case has been resolved by way of a guilty plea, other defendants have not reached a resolution and information pertaining to the case against those defendants may be helpful to the Court in fashioning a sentence for Mr. Law.

**IT IS SO STIPULATED.**

DATED:  August 2, 2016          by:     /s/ Chris Cosca
                                        CHRIS COSCA
                                        Attorney for Defendant
                                        MARCUS LAW

DATED:  August 2, 2016          by:     /s/ Chris Cosca for
                                        Heiko Coppola
                                        Assistant U. S. Attorney

1

**<u>ORDER</u>**

**IT IS SO ORDERED:**

DATED: August 2, 2016

_____
Troy L. Nunley
United States District Judge